# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOZLOWSKI,<br><br>      Plaintiff,<br><br>  v.<br><br>FCA US LLC,<br><br>      Defendant. | Case No.: 1:21-cv-00896 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Docs. 10) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 10) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than February 18, 2022**.

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated: __December 4, 2021__           __/s/ Jennifer L. Thurston__
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE