**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES KOZLOWSKI,<br><br>  Plaintiff,<br><br>  v.<br><br>FCA US, LLC,<br><br>  Defendant. | Case No.: 1:21-cv-00896-DAD-BAK (SKO)<br><br>ORDER CLOSING THE CASE<br><br>(Doc. 13) |

The parties have stipulated to the action being dismissed, including all claims and counterclaims. (Doc. 13). The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately without further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **February 22, 2022**        */s/ Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE